# RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP

551 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
www.rheingoldlaw.com

DAVID B. RHEINGOLD◊
THOMAS P. GIUFFRA♦
EDWARD A. RUFFO♦
SHERRI L. PLOTKIN♦
JEREMY A. HELLMAN♦

Of Counsel
PAUL D. RHEINGOLD‡●

*Also Admitted In*:

D.C. ‡
Virginia ◊
New Jersey ♦
Massachusetts ●

**MEMO ENDORSED**

March 31, 2020

Hon. Magistrate Judge Ona T. Wang
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Adams v. United States of America
Docket No.: 1:19-cv-10480-JPO-OTW

Dear Judge Wang:

My firm represents the plaintiffs in the above captioned action. An initial Pre-Trial Conference is scheduled on this matter for April 7, 2020.

I have personally conferred with AUSA Jennifer Simon, Esq. by telephone. Due to the coronavirus pandemic, we are both working from home. Ms. Simon is having difficulty accessing her work computer and is awaiting receipt of a new laptop. Therefore, she has been unable to fill in her portion of the Court's Rule 26(f) and Proposed Case Management Plan. However, we do not anticipate any problems or issues.

Due to the foregoing circumstances, the parties respectfully request a two week adjournment of the initial Pre-Trial Conference to April 21, 2020 to allow us time to complete the necessary paperwork.

Thank you for your attention to this matter.

Respectfully submitted,

/S
Sherri L. Plotkin (SLP 3216)

cc: Via e-mail only
Jennifer Simon, Esq.
Jennifer.simon@usdoj.gov

---

**Application Granted.** The initial case management conference is adjourned to April 21, 2020 at 11:30 am via telephone. The Rule 26(f) report shall be filed by April 14, 2020. The Clerk of the Court is directed to close ECF 16. **SO ORDERED.**

_____
**Ona T. Wang  4/1/2020
United States Magistrate Judge**