UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SARAH ADAMS, et al.,

         Plaintiffs,

         -against-

UNITED STATES OF AMERICA,

         Defendant.

-------------------------------------------------------------x

19-CV-10480 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for a status conference on April 22, 2021. All fact discovery is complete with the exception of the outstanding subpoena for records from the Social Security Administration.

The matter is hereby referred to the Hon. Stewart D. Aaron for a settlement conference. The parties are directed to refer to Judge Aaron's Individual Practices and contact his chambers by **April 30, 2021** to schedule a settlement conference.

If the case does not settle, the Court will set a schedule for Rule 56 motions.

**SO ORDERED.**

                                                              _s/ Ona T. Wang_

Dated: April 23, 2021                                        **Ona T. Wang**
      New York, New York                      United States Magistrate Judge