

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:_____ │
│ DATE FILED: 6/2/2021    │
└─────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 1, 2021

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED. The settlement conference originally scheduled for June 18, 2021, is hereby adjourned to Tuesday, July 20, 2021, at 2:00 p.m. SO ORDERED.
Dated: June 2, 2021

Re: *Adams et al. v. United States of America*, No. 19 Civ. 10480 (OTW) (S.D.N.Y.)

Dear Judge Aaron:

This Office represents the United States of America (the "Government") in the above-referenced medical malpractice action. I write to respectfully request a one-month adjournment of the upcoming settlement conference in this matter from June 18, 2021, until a date in the week of July 19, 2021, or any other date that is convenient to the Court. This extension will allow the Government to complete the process of seeking settlement authority, which will ensure that the settlement conference is as productive as possible. Both plaintiff and the defendants in the related state-court action, *Adams v. Pilarte*, Index No. 310425/2011E (N.Y. Sup.), who will be participating in this settlement conference, have consented to this request, which is the Government's first.

Thank you for your consideration of this matter.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: /s/ Zachary Bannon
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2728
Zachary.Bannon@usdoj.gov