**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

SARAH ADAMS, et al.,                                    :
                                                        :
                    Plaintiffs,                         :          19-CV-10480 (OTW)
                                                        :
                    -against-                           :          **ORDER**
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                    Defendant.                          :
                                                        :
                                                        :
------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court held a Pre-Settlement Conference Scheduling Call on June 7, 2023. As

discussed at the conference, the parties are directed to file a joint proposed schedule for

briefing and any other steps needed for court approval of the proposed settlement pursuant to

Local Rule 83.2 by **June 9, 2023.**

     **SO ORDERED.**

                                      _s/ Ona T. Wang_

Dated: June 7, 2023                                                        **Ona T. Wang**
     New York, New York                                      United States Magistrate Judge